IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**IRIS L. MOORE**                                                                           **PLAINTIFF**

**V.**                                                     **CAUSE NO. 3:15-CV-232-CWR-LRA**

**SOCIAL SECURITY**                                            **DEFENDANT**

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (R&R). Docket No. 9. On January 5, 2016, the R&R recommended dismissing this case with prejudice because of plaintiff's failure to prosecute. Pursuant to 28 U.S.C. 636(b)(1), Fed. R. Civ. P. 72(b), and L. U. Civ. R. 72(a)(3), a party must file any written objections to a Report and Recommendation within 14 days. That period has expired and neither party has objected.[1]

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 5th day of February, 2016.

                                                                   s/ Carlton W. Reeves
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] The defendant in this case was never properly served notice of the action.